# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **MARIXIA MALDONADO** )<br>    **Plaintiff** )<br>vs. )<br> )<br>**CARL ROSENKRANZ, et al.** )<br> )<br>    **Defendant** ) | Civil Case No.   03-3379-CV-S-DW |

 __X__    **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: That the Court **GRANTS** Defendants' motion for summary judgment.

October 18, 2005                                                    Patricia Brune
Date                                                                              Clerk

                                                                         By:   /s/ Y. Johnson
                                                                                    Deputy Clerk